**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**ALONZO MOORE,**
    **Petitioner,**

vs.          Case No. 5:07cv32/RS/MD

**JAMES MCDONOUGH,**
    **Respondent.**

---

**O R D E R**

    This cause is before the court upon petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (doc. 1). Petitioner is currently incarcerated at Gulf Correctional Institution in Wewahitchka, Florida (doc. 1). He challenges his December 17, 1997 conviction for armed robbery. The court which entered the judgment of conviction under attack is the Circuit Court of Duval County, Florida. Pursuant to 28 U.S.C. § 2241(d), the court considers it to be in the interest of justice to transfer this case to the United States District Court for the Middle District of Florida, which is the district within which the state court was held which convicted and sentenced petitioner.

    Accordingly, it is therefore ORDERED:

    The clerk shall transfer this case to the United States District Court for the Middle District of Florida.

    DONE AND ORDERED this 16th day of February, 2007.

        /s/ *Miles Davis*
        **MILES DAVIS
        UNITED STATES MAGISTRATE JUDGE**